SIDNEY HEIM et al., Respondent, v. LANGWELL ASSOCIATES, INC., Appellant. MORRIS FISH, Intervener, Appellant; LANGWELL ASSOCIATES (a Partnership), et al., Impleaded Interveners, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See *ante*, p. 901.]

∎

ELIZABETH V. HYNDSMAN, as Administratrix of the Estate of WILLIAM T. HYNDSMAN, Deceased, v. METROPOLITAN DISTRIBUTORS, INC.— Motion for reargument or for alternative relief denied, with $10 costs and stay vacated. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 919.]

∎

In the Matter of EDWARD C. CANTELMO. BREWER-CANTELMO CO., INC., Appellant; DARU, VISCHI & WINTER, Respondents.— Motion for reargument or resettlement of the order of this court entered May 8, 1951, denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, p. 800.]

∎

In the Matter of JULIUS A. WEEKES, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ. [See *ante*, p. 917.]

∎

In the Matter of the Arbitration between LEO PERLOWIN et al., Respondents, and PERLOWIN STUDIOS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ. [See *ante*, p. 348.]

∎

In the Matter of LOUIS BERG, Appellant, against CONNIE GUION et al., as Members of the MEDICAL APPEALS UNIT, et al., Respondents.— Motion for reargument or for alternative relief denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 919.]

∎

In the Matter of the Accounting of MARION F. MOLLOY, as Administratrix of the Estate of JAMES P. MOLLOY, Deceased, Appellant. EDWARD PINE, as Special Guardian for JAMES P. MOLLOY, JR., an Infant, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, pp. 797, 935.]